(136 So. 736)

**WALDROP v. STATE.**

**6 Div. 958.**

Supreme Court of Alabama.
June 18, 1931.

Rehearing Denied Oct. 15, 1931.

L. D. Gray, of Jasper, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

THOMAS, J.

There is no opinion by the Court of Appeals. Affirmed on the authority of Lawson

v. State, 219 Ala. 461, 122 So. 467; Cofield v. City of Anniston, 220 Ala. 697, 124 So. 916, as there is nothing to review. Review on certiorari here is limited to a review of the opinion of that court, not the record and judgment therein.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.